UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Kevin Lee Ross

v. Case No. 24-cv-244-SM

Scott Lee Ross, et al

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated August 19, 2026, for the reasons set forth therein. Plaintiff's case is dismissed without prejudice to Mr. Ross's ability to pursue his state law claims in a state court of competent jurisdiction. "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

The clerk of court shall enter judgment and close the case.

**So Ordered.**

Steven J. McAuliffe
United States District Judge

Date: September 11, 2026

cc: Kevin Lee Ross, pro se